ISADOR FADER, Appellant, v. AUGUSTA KACZKA, Respondent, and JACOB MILLER, Defendant.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

WILLIAM D. FARRINGTON, Appellant, v. JACOB C. SCHNEIDER, Respondent.— In view of the decision in *Farrington* v. *Schneider* (*post*, p. —), decided herewith, the motion to dismiss the appeal is dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

LOUIS R. GANS, Appellant, v. STEPHEN CALLAGHAN, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty and Tompkins, JJ.; Lazansky, P. J., taking no part.

ISAAC GARBER, Appellant, v. SARAH TOBA WOLK, etc., Respondent.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ABRAHAM GOLDMAN and ETTA BRESKIN, Respondents, v. EMIL B. SPIVAK, Appellant, and Others, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THOMAS W. HALL COMPANY, INCORPORATED, Appellant, v. MANHATTAN LITHO-GRAPHING COMPANY, INC., Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of ADE REALTY CORPORATION, Respondent, for an Order of Certiorari against WILLIAM E. WALSH and Others, Appellants, and Others, Intervenors.— Motion to resettle order of November 3, 1930, granted, and order resettled so as to provide that the affirmance be without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of ISLAND IMPROVEMENTS, INC., Petitioner, for a Peremptory Mandamus Order against MITCHELL MAY, Justice of the Supreme Court of the State of New York, Second Department, Defendant.— Motion for peremptory mandamus order directing the trial justice to render a decision and sign a judgment granted. The right to a jury trial having been waived, the action was properly tried by the court. (Civ. Prac. Act, §§ 426, 428.) The court, having tried the case, must decide it and make a decision and judgment, and the court's action in setting aside the so-called decision and directing that the issues be tried before the court with a jury was not a proper exercise of discretion. (*Smith* v. *Geiger*, 202 N. Y. 306, 312; *O'Brien* v. *Bowes*, 4 Bosw. 657.) The form of relief is by the way of mandamus. (*Norwegian Lutheran Trinity Church* v. *Krelsovitch*, 147 App. Div. 108.) Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.